*Emergency*

Stephen Douglas Reens G112667
Name and Prisoner/Booking Number

4TH AVE Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

JAN 0 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Stephen Douglas Reens,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Mr. Thurnell,
(Full Name of Defendant)

(2) Charles Ryan,

(3) C.O. Sutton,

(4) C.O. Galadey,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV25-00058-PHX-SPL--ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: Dept. of Corrections, Florence Arizona

Revised 12/1/23

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Mr. Thornell**. The first Defendant is employed as: **Director** at **Dept of Corrections**.
   (Position and Title)   (Institution)

2. Name of second Defendant: **Charles Ryan**. The second Defendant is employed as:
   as: **Former Director** at **Dept of Corrections**.
   (Position and Title)   (Institution)

3. Name of third Defendant: **C.C. Sutton**. The third Defendant is employed as: **Gov(D), Correction Officer** at **Dept. of Corrections**.
   (Position and Title)   (Institution)

4. Name of fourth Defendant: **C.O. Goleday**. The fourth Defendant is employed as: **unknown, Correction Officer.** at **Dept of Corrections**.
   (Position and Title)   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties:_____v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: 14Th Amendment DUE Process, Life, Liberty, Property, 8Th Amendment Cruel and unusual Punishment

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail          ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property    ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   2011-2017, Charles Ryan, C.O. Sutton, C.O. Galady, Gassed me in my cells in Browning Unit, Death Row, 2017-2020 Ryan, Sutton, Galady, Kidnapped me, Took me To A home in Florence AZ, Chained me to the Garage floor, Raped, Beat, Tortured, Starved, Gang Raped, overdosed me on midazolam (Paralyzing You) for 15 months, Aug 8-2018 Dumped out of Charles Ryan's Cadillac in street, No help, Presumed Dead, AMR Ambulance cc Brought me Back to life. Hospital 2 me, Kidnapped again, 4 months in CB-6, Empty Prison, Chained up, Raped, Beat, Tortured, Starved, Gassed, LT. Rippey Found me Put me in Prison, Lost 100 lbs, Placed in Watch Pod, Gassed for 3 mos Placed in Control Unit, 1½ yrs. Gassed, Poisoned, Non-Stop. 1½ yrs in Empty Prison Gassed + Starved. 2+ yrs in Browning #2, Gassed, Placed in 2 Illegal Nut Houses, Forcibly Injected with PHYC meds Placed in Rynning unit, 1¾ yrs, Gassed, Poison. Totally Isolated From 2011-2024, Heat was stopped for yrs at a Time.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Kidnapped, Raped, Beat, Tortured, Starved, Gang Raped, over Dosed on midazolam, Chronic Care meds med's denied for yrs, Teeth Pulled, Toes Smashed, Nut Sack Cut open and oil vieos cut. Colon Torn up. I need Surgery

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. DOC did not allow me To file a complaint with FBI. DOC did not respond to ART Grievances. DOC Does not Allow PREA Reporting DOC Took all my Property and legal Documents 10+ Times.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14Th Amendment Prohibits State from Depriving Prisoner of Life, liberty, property.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer  ☑ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   2011-2024, Former Director Charles Ryan, C.O. Sumon, C.O. Godaddy and others, Gasson, Shot, Stabbed over 100 Death Row inmates to Death at Eyman Complex Prisons, on The womans Death row Prison, all Death Row women are Dead. Prisons Include Browning #1, Browning #2, Central Unit, SMU-1, meadows, Rynning. They do not Execute women on Tv day release. Thru over 100 men were Killed. They're STill Killing men off at Rynning unit, almost all The mexicans on Death Row are Gone-Dead. Call all Counties in AZ. Get A list of All Death Sentences last 35 yrs. Subtract those Executed, Those who died legally. You'll Get A total of over 175 who should Be left on Death Row. Thus 50 Something Left on Death Row, all The women on Death Row Are Dead. Of The TOP 20 inmates up for Execution- 15 Are already Dead. DOC is Still Killing off Death Row inmates. All The Executions in The last 15 yrs. are Illegal. No one ever gets A Legal Appeal. DOC does all death row appeals Thru False DOCs. DOC forges Documents to get Death Warrants.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Ive Been Threatend To Be Killed Constantly. I Live in Fear. Over 100 dead inmates- You cant Redue Executions or murder.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count II?      ☑ Yes   ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?   ☑ Yes   ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Every body's Tried Grievances. DOC will not allow Grievances or outside contact with police or FBI

### E. REQUEST FOR RELIEF

State the relief you are seeking:

Count 1 - Temporary restraining order, Stop DOC from taking custody of me, as I am in immediate and irreparable harm. Life, liberty, property. Preliminary Injunction I'm P.C. Status. Protective custody from DOC Staff. DOC is trying to take me back into custody. Count 2 - Temporary restraining order, Permanent Injunction, Remove all Death Row from DOC custody. DOC is trying to kill off as many as possible before courts rule on Appeals issue. Please appoint me an ATTY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12.25.24___       ___[signature]___
                 DATE                  SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**January 3, 2025**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____  United States District Court, District of Arizona.

___  Hon _____  United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____  Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona  _____

___  Public Defender, Maricopa County, State of Arizona  _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_____  **B6258**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009